UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM CURTIS CLARK,

    Plaintiff,

v.                                Case No. 3:15cv152/MCR/CJK

UNITED STATES OF AMERICA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the court upon referral from the clerk. On June 26, 2015, counsel for the United States of America filed a Notice of Settlement indicating that plaintiff's claims under the Federal Tort Claims Act had been settled. (Doc. 7). As a result, on June 30, 2015, the court issued an order directing plaintiff to file, within thirty days, a notice with the court confirming that his claims had been settled. (Doc. 8). Alternatively, the court informed plaintiff he could file a notice of voluntary dismissal with prejudice. (*Id.*). To date, plaintiff has not filed a notice with the court. Based on plaintiff's failure to confirm or deny that a settlement has been reached in this case, the undersigned recommends that plaintiff's claims be dismissed with prejudice and that the court retain jurisdiction over this case for sixty days.

    Accordingly, it is respectfully RECOMMENDED:

    1.    That this action be DISMISSED WITH PREJUDICE.

    2.    That, in the event settlement is not consummated for any reason, the court reserve the power, upon motion filed by any party within sixty (60) days after the date this report and recommendation is adopted, to amend, alter, or vacate and set

aside the order of dismissal.

At Pensacola, Florida, this 3rd day of August, 2015.

/s/ Charles J. Kahn, Jr.
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.