UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILLIAM CURTIS CLARK**

    Plaintiff,

v.                                       Case No.  3:15cv152/MCR/CJK

**UNITED STATES OF AMERICA,**

    Defendant.
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 3, 2015.  (Doc. 9).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITH PREJUDICE.**

3. In the event settlement is not consummated for any reason, the court reserves the power, upon motion filed by any party within sixty (60) days, to amend, alter, or vacate and set aside this order of dismissal.

**DONE AND ORDERED** this 2nd day of September, 2015.

                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**